Nathan Medwin, Respondent v. B. & S. Realty Company, Appellant.—

Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

John J. McDonald, Respondent, v. Press Publishing Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.